Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
## _____ District of _____
## _____ Division

FILED ✓    LODGED ___
RECEIVED
MAY 2 2 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Judy Carrillo
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Varo Bank
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. CV24-01198-PHX-DMF
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Judy Carrillo
Street Address: 4992 W Warren DR
City and County: Casa Grande, Pinal County
State and Zip Code: Arizona 85194
Telephone Number: 520 610-3266
E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Varo Bank
- Job or Title (if known):
- Street Address: 11781 S Lone Peak Pwy
- City and County: Draper, Utah County
- State and Zip Code: Utah 84020
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Aire Beam, LLC
- Job or Title (if known):
- Street Address: 10300 SW Allen Blvd
- City and County: Beaverton, Washington County
- State and Zip Code: Oregon 97005
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Goodleap, LLC
- Job or Title (if known):
- Street Address: 8781 Sierra College Blvd
- City and County: Roseville, Placer County
- State and Zip Code: California, 95661
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Christopher Fox
- Job or Title (if known):
- Street Address: 373 E Val Vista Rd
- City and County: Casa Grande, Pinal County
- State and Zip Code: Arizona 85122
- Telephone Number: 520 421-8630
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st Amendment - 14th Amendment
Civil Rights Act - discrimination, Inequality, Unfair treatment
Truth in Lending Disclosures - Fair Credit Reporting Act violations
RICO crimes - Financial institution fraud, larceny, identification documents, mail, wire fraud, straw purchasing real estate for money laundering, bribery, forgeries, false statements.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

# Statement of Claim - VARO

Lawsuit is against Varo Bank and co-defendants for 1st Amendment, 14th Amendment, Civil Rights, Negligence, Fraud, Civil Rights, Interference w/ contract. My right to privacy was violated due to 3rd party interference by Mr Fox. My Varo bank was connected to my online selling accounts a 3rd party (Mr Fox) knew about and interfered with the contracts. The first Varo Bank card would never work and was connected to my Ebay account. I was never allowed to take the money out which is fraud, deprivation of money. The card was stolen and used for fraud and racketeering activity by Mr Fox and associates. I am suing for concealment for never turning over replacement card I ordered, bank records, money I requested. I called offshore call center in India to cancel my card and shortly after it was returned to me and planted in a break in. The Varo bank card was used to run money laundering operation including at Ebay where my card was connected to. Bank larceny at Varo Bank, followed Bank Larceny at U.S Bank (Ebay), followed bank larceny Western State Bank, and subsequently Charles Schwabb where Mr Fox prostitution ring goes into. The current Varo Bank card im unable to take out money. It showed no money (disappeared) in account on my Blu phone. 1 month later money shows up but unable to pull due to option deleted on App. My Blu phone was reported stolen around the same time, My Arizona drivers license was stolen to open up shell corporations without my consent, forgeries, voicemail (Artificial Intelligence doctored) I left for Mr Fox 04/2023. Shell corporations Aire Beam LLC out of Oregon and Goodleap, LLC out of Oregon Incorporated on 6/9/2023 both on same day at Arizona Corporation Commission. Drivers license was used to open money laundering rings and Varo Bank I had registered at Planet Fitness was used for money laundering with individuals from prostitution rings, drug dealers, drug diverters (mules), church groups, shelters and non-profits he uses to clean drug money through, and high school kids he uses for shoplifting and smash and grab operations. The shell corporations opened by Mr Fox used as stash houses, prostitution homes, and other criminal activity. Property 5011 W Warren DR in Casa Grande purchased 6/20/23 at Title Security with his go to Real Estate Company Yost REIMAX Casa Grande, AZ via Belva's Real Estate - Heather Ruth Wolven.

I reported Christopher Fox to the Federal Trade Commission for Identity Theft and Fraud to include the Internal Revenue Service for tax evasion money laundering schemes. He has ties to Ku Klux Klan, Ukranian & Black sex traffickers, Sinaloa cartel, Tijuana and Juarez cartel. I am suing for Truth in Lending disclosure violations. — 14th Amendment as there was no due process in procedural protections, disclosure, and intentional deprivation of property. I am suing for violating the Fair Credit Reporting Act in denying me credit and not disclosing. Civil Rights violations for discrimination denying me credit as a victim and not denying credit to criminals stealing my identity constitutes Inequality & Unfair Treatment. Heather who came from Florida license # 40A9ACA purchased Babitt dealership in Flagstaff, AZ part of the money laundering. Babbitt Ranches in Flagstaff Arizona. Other tenant at property is Keller Elmenhurst from Washington license # YOA4CB Henry Brown dealership. Washington Federal Bank. I am suing defendants for fraud, Identity Theft, Bank Larceny, Invasion of Privacy, and RICO crimes to include straw purchasing, Financial institution fraud, Fraud & related activity of access devices (mobile phone, wifi App), fraud in financial transactions, Unlicensed & illicit activity. Negligence for failure to exercise reasonable care, duty of care, breach of that duty, contractual fraud & deceit. Aire Beam LLC (internet service) is being used to hack into my Viasat internet through reverse engineering signals sent of Starlink internet satellite using my neighbors ground based receivers to decode digital transmissions now used in wifi and 5G (seperate lawsuits). Aire Beam address out of Oregon only offers a post office box and not actual address like at the California and Arizona addresses. P.O. Box 4387 Portland, Oregon 97208. I need anything Varo Bank has in my name and my daughters name, including shell corporations.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy   $10 Million dollars

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Intentional infliction of emotional pain by 1 or more parties, Negligence and intentional deprivation of money & property without due process, disclosure or notice. Discrimination in credit offerings. Willfully allowing larceny of bank, deceptive practices, interference w/ contracts or business relations.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek punitive damages for intentional infliction of emotional pain by depriving me money, property. Interference w/ online selling accounts. Discrimination in denying me credit card but lending bank for larceny and Racketeering crimes for money laundering schemes. Loss of income due to fraud and Identity theft. Violating disclosure laws, concealment and due process. I seek Treble damges of 3x total sum of all money or assets gained in course of racketeering scheme.

Page 4 of 5